**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7436

MAKISA DENISE MARTIN,

Plaintiff - Appellant,

versus

TONYA HAIRSTON, Deputy; CAPTAIN SPENCE; DEPUTY
MCFARLIN; DEPUTY SMITH, a/k/a Skipper,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.   (7:07-cv-00413-JLK)

Submitted: January 11, 2008        Decided: January 24, 2008

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Makisa Denise Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Makisa Denise Martin appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Martin v. Hairston, No. 7:07-cv-00413-JLK (W.D. Va. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED